

David L. Bissett
United States Bankruptcy Judge

# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROXBY DEVELOPMENT, LLC, | ) | Case No. 5:23-bk-00212 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## ORDER

On May 11, 2023, the United States Trustee ("UST") filed a motion to dismiss this case based upon the Debtor's alleged failure to maintain insurance upon its property. Based upon the gravity of the situation, the court does hereby

**ORDER** that a telephonic hearing regarding the motion be held at 2:30 p.m. on Wednesday, May 17, 2023. To participate in the hearing, interested parties may dial (877)848-7030 and enter the access code 6500181 when prompted. The court does hereby

**FURTHER ORDER** that the Debtor file and provide to interested parties proof of insurance, to the extent any exists, by the close of business on Tuesday, May 16, 2023. The court does hereby

**FURTHER ORDER THAT FAILURE TO PROVIDE PROOF OF LIABILITY AND PROPERTY INSURANCE MAY RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER PROCEEDINGS.**